PER CURIAM.
Affirmed. Appellant’s plea was entered over eleven years ago and his petition for writ of error coram nobis is barred by laches. See State v. Taylor, 722 So.2d 890, 1998 WL D2635 (Fla. 4th DCA 1998); Gregersen v. State, 714 So.2d 1195 (Fla. 4th DCA), rev. granted, No. 93,801 (Fla. Dec. 3, 1998). As in Gregersen, we certify conflict with Peart v. State, 705 So.2d 1059 (Fla. 3d DCA), rev. granted, 722 So.2d 193 (Fla.1998).
WARNER, FARMER and STEVENSON, JJ., concur.